**In re Mychael SAUNDERS, Petitioner.**

No. 14–4426.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Dec. 11, 2014.

Opinion Filed: June 16, 2015.

Mychael Saunders, Springfield, MO, pro se.

Before: McKEE, GARTH and BARRY, Circuit Judges.

## OPINION *

PER CURIAM.

Pro se petitioner Mychael Saunders filed a petition for a writ of mandamus, seeking to compel the United States District Court for the Eastern District of Pennsylvania to rule on his motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Thereafter, on April 15, 2015, the District Court entered an order ruling on Saunders's § 2255 motion. In light of the District Court's action, the case before us is no longer a live controversy, so we will dismiss the petition for writ of mandamus as moot. *See, e.g., Lusardi v. Xerox Corp.*, 975 F.2d

constitute binding precedent.

964, 974 (3d Cir.1992); *see also Blanciak v. Allegheny Ludlum Corp.,* 77 F.3d 690, 698–99 (3d Cir.1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."